UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| COLLIN JEROME HAINES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 1:06-CV-145 |
| v. ) | |
| ) | Judge Curtis L. Collier |
| ) | |
| CHATTANOOGA HAMILTON COUNTY ) | |
| POLICE DEPARTMENT, WALLY'S ) | |
| RESTAURANT, ) | |
| Defendant. ) | |

**O R D E R**

An order was issued November 13, 2006 ordering Plaintiff Collin Jerome Haines ("Plaintiff") to show cause within twenty days: (1) why he failed to respond to Defendant Wally's Restaurant's motion to dismiss; (2) to state the date the incident in question occurred; (3) and to show cause why the case should not be dismissed (Court File No. 16). Plaintiff has failed to comply with the Court order.

Therefore Plaintiff is **ORDERED** to appear before the undersigned on **Monday, December 11, 2006 at 10:00 a.m.** in Courtroom No. 3 located on the third floor, U.S. District Court, 900 Georgia Avenue, Chattanooga, Tennessee, to **SHOW CAUSE**, if he can: (1) why he should not be held in contempt of the Order of the Court requiring him to respond to Defendant Wally's Restaurant's motion to dismiss, and (2) why this action should not be dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

SO ORDERED.

ENTER:

                                            **/s/**
                                            **CURTIS L. COLLIER**
                                            **CHIEF UNITED STATES DISTRICT JUDGE**